Samuel I. Portnoy, Esq.
Christopher P. Anton, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4909
Fax: (973) 639-6218
sportnoy@gibbonslaw.com
canton@gibbonslaw.com
*Attorneys for Defendant Markit Group Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAPELOGIC, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>MARKIT GROUP LIMITED a/k/a IHS MARKIT,<br><br>                    Defendant. | Civil Action No. 2:22-cv-85-ZNQ-DEA<br><br>*Document electronically filed*<br><br>**CERTIFICATE OF SERVICE** |

I, Christopher P. Anton, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and of this Court and am Counsel with the law firm of Gibbons P.C., attorneys for Defendant Markit Group Limited ("Defendant").

2. On January 14, 2022, a copy of Defendant's Answer and Separate Defenses was electronically filed with this Court and electronically served in accordance with Local Civ. Rule 5.2 upon the following counsel of record for plaintiff Capelogic, Inc.:

> Willard C. Shih, Esq.
> Wilentz, Goldman & Spitzer
> 90 Woodbridge Center Drive
> Post Office Box 10
> Woodbridge, New Jersey 07095
> wshih@wilentz.com

3. I certify under penalty of perjury that the foregoing is true and correct.

2

Dated: January 14, 2022
      Newark, New Jersey

                                      /s/ Christopher P. Anton
                                      CHRISTOPHER P. ANTON