

SAMUEL I. PORTNOY
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4909 Fax: (973) 639-6218
sportnoy@gibbonslaw.com

September 9, 2024

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street, 7W
Trenton, New Jersey 08608

  Re: *Capelogic, Inc. v. Markit Group Limited*, **No. 22-cv-85 (ZNQ-RLS)**

Dear Judge Singh:

  In accordance with Your Honor's Order dated June 21, 2024 [Dkt. No. 47], Capelogic, Inc. and Markit Group Limited respectfully submit this joint status letter.

  The parties have identified the fact witnesses they plan to depose. They plan to conduct the depositions this month and next and are working to finalize dates.

  The parties thank the Court for its continuing attention to this matter.

              Respectfully submitted,

| | |
|---|---|
| s/ Samuel I. Portnoy | s/ Willard C. Shih |
| Samuel I. Portnoy | Willard C. Shih |
| Kate E. Janukowicz | Danielle A. Schweizer |
| **GIBBONS P.C.** | **WILENTZ, GOLDMAN & SPITZER P.A.** |
| One Gateway Center | 90 Woodbridge Center Drive |
| Newark, New Jersey 07102-5310 | Post Office Box 10 |
| Tel: (973) 596-4500 | Woodbridge, New Jersey 07095 |
| *Attorneys for Defendant* | Tel: (732) 636-8000 |
| *Markit Group Limited* | *Attorneys for Plaintiff* |
| | *Capelogic, Inc.* |

cc: All Counsel of Record (via CM/ECF)